# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CRIMINAL ACTION NO. 05-CR-618-1 |
| vs. | : | |
| | : | CIVIL ACTION NO. 11-CV-159 |
| **KENNETH WELCH** | : | |

## ORDER

**AND NOW,** this 15th day of March 2011, upon consideration of the Motion of Kenneth Welch pursuant to 18 U.S.C. § 2255 to set aside or reduce his sentence (Doc. No. 182) and the Government's Response thereto (Doc. No. 184), and for reasons set forth in the accompanying Memorandum, the Motion is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE